428 A.2d 672

Commonwealth v. Wagner, Appellant.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

Submitted December 6, 1979. Jeffrey P. Bowe, Assistant Public Defender, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.